UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BONNIE SHIBETTI,

                Plaintiff,

-against-

Z RESTAURANT, DINER AND LOUNGE, INC.,
ADEL FATHELBAB, ADAM FATHELBAB,
KAMAL FATHELBAB, ESSAM ELBASSIONY,
MIKO ENTERPRISES, LLC, MICHAEL SIDERAKIS,
CHRISTOS SIDERAKIS, KONSTANTINOS SIKLAS,
CROWN CROPSEY AVENUE LLC, LGMALONEY LLC,
XYZ CORP(s) 1–5, and JOHN DOE(s) 1–5,

                Defendants.
-------------------------------------------------------------------X

Civil Action No.:
18-cv-00856 (ERK) (ST)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the above-captioned parties, as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii), plaintiff Bonnie Shibetti ("plaintiff") voluntarily discontinues the above-captioned action (the "Action") as against defendant LGMALONEY LLC ("LGMALONEY") only without prejudice.

2. The statutes of limitation on all claims that may be asserted by plaintiff against LGMALONEY are tolled from the date the original complaint in this Action was filed through the date that this Action is fully and finally terminated.

3. The undersigned counsel for LGMALONEY agrees to accept service by email on behalf of LGMALONEY of any subsequent pleading or subpoena served by plaintiff on LGMALONEY during the pendency of the Action.

4. Electronic signatures shall serve as originals for the purposes of this stipulation.

Dated: New York, New York
April 11, 2018

| | |
|---|---|
| LaROCCA HORNIK ROSEN GREENBERG & BLAHA LLP | TZIMOPOULOS LAW, P.C. |
| _____ | _____ |
| Patrick McPartland | George Tzimopoulos |
| 40 Wall Street, 32nd Floor | 5 Penn Plaza, 19th Floor |
| New York, New York 10005 | New York, New York 10001 |
| T: (212) 530-4837 | T: (646) 419-0846 |
| E: pmcpartland@lhrgb.com | E: george@tzimopouloslaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Bonnie Shibetti* | *LGMALONEY LLC* |

So ordered,

s/ ERK

5/9/18

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 11 2018 ★

BROOKLYN OFFICE