## CONSENT TO BECOME PARTY PLAINTIFF
## UNDER THE FAIR LABOR STANDARDS ACT

  I, the undersigned, __Kathy camacho__, a current or former employee at the Parkview Diner, hereby consents to become a party plaintiff in *Bonnie Shibetti, et al. v. Z Restaurant, Diner and Lounge, Inc., et al.*, 18-cv-00856, in the United States District Court, Eastern District of New York, arising under the Fair Labor Standards Act as well as other state, federal, and common laws, seeking to recover unpaid wages, penalties, interest and any other remedy applicable under the FLSA.  I also hereby designate Patrick McPartland and Jared E. Blumetti of LaRocca Hornik Rosen & Greenberg LLP to represent me in asserting my rights to such recovery.

Signature: *Kathy Camacho*

Address: 405 ETh Street

Brooklyn ny 11218

Dated: Aug 16, 2020